

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED December 23, 2014.

_____
Karen Angelini, Justice